852 A.2d 187

TERRENCE FEARON, PLAINTIFF–PETITIONER. v. LEPEL
CORPORATION, DEFENDANT–RESPONDENT.

May 6, 2004.

Denied.

852 A.2d 187

ANA MADAN–RUSSO, PLAINTIFF–RESPONDENT, AND VIN-
CENT RUSSO, PLAINTIFF–RESPONDENT, v. GRUPO PO-
SADA, S.A. DE C.V., DEFENDANT–PETITIONER.

May 6, 2004.

Denied.